ORIGINAL

FILED
SEP 1 0 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FORD MOTOR COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES of AMERICA,**

**Defendant.**

**No.** 07-658 T

**RCFC 7.1 DISCLOSURE STATEMENT**

In a Complaint of even date herewith, Ford Motor Company, EIN 38-0549190 ("Ford"), is instituting a suit for refund of internal revenue taxes erroneously or illegally assessed or collected by the defendant, United States of America. As a nongovernmental corporate party to a civil action in this Court, Ford is required to file this Disclosure Statement pursuant to RCFC 7.1.

1. There is no parent corporation of Ford.

2. There is no publicly held corporation that owns ten percent or more of Ford's stock.

Signed: ______________________

Date: September 10, 2007

Thomas D. Johnston
Counsel of Record
c/o Shearman & Sterling LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 508-8022
Facsimile: (202) 508-8100

Of Counsel:

Ian C. Friedman
Shearman & Sterling LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004

Ronald A. Lang
Tami L. Lopez
Office of Tax Counsel
Ford Motor Company
The American Road
Dearborn, MI 48121