IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 60 days, from November 11, 2007, to and including January 9, 2008, of the deadline for the defendant to answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiff who has stated that the plaintiff has no objection to the enlargement sought by this motion.

As good cause therefor, defendant's counsel has been advised by the Internal Revenue Service that they have not completed gathering the administrative files related to the issues raised in the complaint in the above-captioned case. According to the complaint this case involves payments made by plaintiff to about 100,000 of its employees in 1996 and 1999.

Therefore, gathering the records related to the issues raised in the complaint is complex and time consuming. The defendant requires those records to determine whether there are defects with the Court's jurisdiction over any portion of the claims raised by plaintiff in the complaint. The enlargement sought by this motion will allow defendant time to receive and review the IRS administrative files before answering or otherwise responding to the complaint.

WHEREFORE, the defendant requests that the deadline for it to answer or otherwise respond to the complaint be enlarged to January 9, 2008.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

November 2, 2007