# In the United States Court of Federal Claims

**No. 07-658T**
**(Filed November 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FORD MOTOR COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On November 2, 2007, Defendant filed an unopposed motion for an enlargement of time of 60 days, to and including **January 9, 2008**, within which to answer or otherwise respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**