# In the United States Court of Federal Claims

**No. 07-658T**
**(Filed: March 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**FORD MOTOR COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On February 26, 2008, the parties submitted a Joint Preliminary Status Report requesting that the Court set a schedule for discovery. In accordance with the representations made by the parties in the Joint Preliminary Status Report, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **November 21, 2008**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Telephonic Conference**. A telephonic status conference will be held on **December 2, 2008, at 1:30 p.m. EST**, to set the pre-trial and trial schedules. The parties are also urged to contact the court to request a telephonic conference at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**