IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

**DISCOVERY STIPULATION**

Plaintiff and Defendant, through their undersigned attorneys, enter into the following stipulation pursuant to Rule 29 of the Rules of the Court of Federal Claims:

In its initial responses to plaintiff's First Request for Production of Documents and First Set of Interrogatories, defendant may reserve assertions of privilege on behalf of agencies of the government. Defendant need not, at the time of its initial responses, make formal assertions of privilege by serving privilege logs and/or declarations by officials with authority to invoke privilege. Defendant's failure to make formal assertions of privilege at the time of its initial responses shall not constitute a waiver of defendant's right to assert privileges in response to plaintiff's First Request for Production of Documents and First Set of Interrogatories.

Defendant's time to make formal assertions of privilege is enlarged until June 27, 2008. In order to preserve defendant's right to make assertions of privilege in response to plaintiff's

First Request for Production of Documents and First Set of Interrogatories, defendant must either:

(1) On or before June 27, 2008, make formal assertions of privilege by serving privilege logs and/or declarations by officials with authority to invoke privilege; or,

(2) On or before June 27, 2008, file a motion for protective order with the Court, which contends that formal assertions of privilege are unnecessary due to the asserted irrelevance of the discovery sought by plaintiff and/or that the time for making formal assertions of privilege should be enlarged further as a result of the burden of making such formal assertions.

IT IS SO STIPULATED.

May 28, 2008

*s/with consent Thomas D. Johnston*

THOMAS D. JOHNSTON
Attorney of Record for Plaintiff
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Washington DC 20004-2634
(202) 508-8000

May 28, 2008

*s/Jason Bergmann*

JASON BERGMANN
Attorney of Record for Defendant
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3425

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

*s/David Gustafson*

Of Counsel