**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| D-1 | 4/4/02 9:23 AM<br><br>4/4/02 10:42 AM<br><br>4/4/02 11:07 AM<br><br>5/8/02 4:53 PM<br><br>5/9/02 9:18 AM<br><br>5/9/02 7:51 PM<br><br>5/10/02 8:48 AM | Victoria Balacek<br><br>Linda Burke<br><br>Mary E. Oppenheimer<br><br>Nancy J. Marks<br><br>Lynne A. Camillo<br><br>Nancy J. Marks<br><br>Mary E. | Linda Burke<br><br>Mary E. Oppenheimer; Victoria Balacek; Joseph F. Maselli; Michael P. Corrado; Grant E. Gabriel; Tom J. Smith<br><br>Marie Cashman; Nancy J. Marks; Sarah H. Ingram; Lynne A. Camillo; Linda Burke<br><br>Marie Cashman; Lynne A. Camillo<br><br>Nancy J. Marks; Mary E. Oppenheimer; Marie Cashman<br><br>Lynne A. Camillo; Mary E. Oppenheimer; Marie Cashman<br><br>Nancy J. Marks; | Two page string of internal e-mail | E-mail concerning initiating revenue ruling on signing bonus issue. Contains comments in message of 10:42 AM on 4/4/02 that possibly identifies unrelated third party taxpayers that are not parties to this proceeding. Also much of the e-mail contains substantive comments on the underlying issue and on a relevant published position. | The document is being withheld in its entirety pursuant to IRC § 6103(h)(4) to limit the disclosure of tax information of unrelated third party taxpayers that are not parties to the tax proceeding. A taxpayer's identity is an item of return information under IRC §6103(b)(2)(A) that constitutes return information that is confidential under IRC § 6103(a). Plaintiff has not demonstrated a material interest in this third party information under section 6103(e), secured a consent from the taxpayers under section 6103(c), nor otherwise demonstrated its entitlement under the Internal Revenue Code. The document is also being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | 5/10/02 10:06 AM | Oppenheimer<br><br>Nancy J. Marks | Lynne A. Camillo; Marie Cashman<br><br>Mary E. Oppenheimer; Lynne A. Camillo; Marie Cashman | | | |
| D-1 Attachment | None shown | E-mail states that the author is Grant Gabriel | None shown | Rev. rul. proposal memorandum | Approx 3 page draft proposal for rev rul discussing the issue of whether bonuses paid by an employer to employees were wages for employment tax purposes where, under the terms of a collective bargaining agreement, the bonuses were paid to all employees on the employer's employment rolls on the effective date of the agreement. | The document is being withheld in its entirety pursuant to the executive privilege because it reflects the author's recommendations regarding this issue. |
| D-2 | 9/26/02 2:29 PM | Marie Cashman | Stephen D. Suetterlein<br><br>David S. Weiner | Two pages of e-mail | Hypothetical fact patterns concerning bonus payments. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the author's analysis of, and recommendations regarding this issue. |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | 9/26/02<br>5:53 PM | David S. Weiner | Marie Cashman; Stephen D. Suetterlein | | | |
| D-3 | 6/9/03<br>12:18 PM | Marie Cashman | Kevin Knopf | E-mail | Discussion of the various issues and alternatives that must be considered in resolving the signing bonus issue and should be included in a briefing memo. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the author's analysis of, and recommendations regarding this issue. |
| D-3 Attachment | June 9 | Marie Cashman | None shown | Draft Briefing Memorandum | 13 page draft document discussing legal basis for determining issue of whether payments from employer to employees upon ratification of a collective bargaining agreement by employees are wages for Federal tax purposes. | The document is being withheld in its entirety pursuant to the executive privilege because it reflects the author's recommendations regarding this issue. |
| D-4 | 6/10/03<br>9:45 AM<br><br>6/10/03<br>9:46 AM<br><br>6/24/03<br>4:44 PM | Kevin Knopf<br><br>Kevin Knopf<br><br>Marie Cashman | Bill Sweetnam Jr.; Michael Doran<br><br>Marie Cashman<br><br>Kevin Knopf | E-mail messages | Statement of views of Treasury on signing bonus issue and response of TEGE. Also contains mention of first name of third party outside counsel. | This document is being withheld in its entirety under IRC § 6103(h)(4) to limit the disclosure of tax information of an unrelated third party taxpayer that is not a party to the tax proceeding. A taxpayer's identity is an item of return information under IRC §6103(b)(2)(A) that constitutes return information that is confidential under IRC § 6103(a). Plaintiff has not demonstrated a material interest in this third party information under section 6103(e), secured a |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | | | | | | consent from the taxpayers under section 6103(c), nor otherwise demonstrated its entitlement under the Internal Revenue Code. The document is also being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |
| D-5 | 9/29/03 4:18 PM | Catherine E. Livingston | Marie Cashman; Nancy J. Marks | E-mail | Comments that distinguish the issue in the current factual situation regarding auto union members from the issues decided in other court cases. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the author's analysis of, and recommendations regarding this issue. |
| D-6 | 6/15/04 9:31 PM<br><br>6/16/04 7:30 AM<br><br>6/16/04 9:13 AM<br><br>6/16/04 9:25 AM | Catherine E. Livingston<br><br>Marie Cashman<br><br>Alfred G. Kelley<br><br>Alfred G. Kelley | Janine Cook; Marie Cashman; Michael A. Swim; Veronica A. Rouse; Elliot M. Rogers; Nancy J. Marks<br><br>Alfred G. Kelley<br><br>Marie Cashman<br><br>Marie Cashman | Three page string of e-mail messages | Back and forth analysis of the best legal arguments to make in revoking published positions. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | 6/16/04 12:33 PM<br><br>6/16/04 12:43 PM | Marie Cashman<br><br>Alfred G. Kelley | Alfred G. Kelley<br><br>Marie Cashman | | | |
| D-7 | 6/23/04 9:59 PM | Catherine E. Livingston | Marie Cashman; Michael A. Swim; Janine Cook; Elliot M. Rogers; Stephen D. Suetterlein; Veronica A. Rouse | Two page e-mail | Statement setting forth the details of the approval of TEGE's legal position at a higher level. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |
| D-7 Attachment | None shown | None shown | None shown | Cover page for rev rul. | Blank memo style cover page for approval/disapproval rev rul. | Release |
| D-8 | 7/11/04 10:33 PM | Catherine E. Livingston | Marie Cashman; Janine Cook; Michael A. Swim; Elliot M. Rogers; Stephen D. Suetterlein; Alfred G. Kelley; Neil D. Shepherd | Three page string of e-mail messages | Comments and analyses of bonuses paid under baseball contracts and how this affects proposed revenue ruling on bonus payments to unionized auto workers. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | 7/12/04 9:29 PM | Alfred G. Kelley | Catherine E. Livingston; Marie Cashman; Janine Cook; Michael A. Swim; Elliot M. Rogers; Stephen D. Suetterlein; Neil D. Shepherd | | | |
| | 7/12/04 9:57 PM | Janine Cook | Alfred G. Kelley; Catherine E. Livingston; Marie Cashman; Michael A. Swim; Elliot M. Rogers; Stephen D. Suetterlein; Neil D. Shepherd | | | |
| | 7/12/04 10:52 AM | Alfred G. Kelley | Janine Cook; Catherine E. Livingston; Marie Cashman; Michael A. Swim; Elliot M. Rogers; Stephen D. Suetterlein; Neil D. Shepherd | | | |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| D-9 | 7/12/04<br>4:10 PM<br><br>7/12/04<br>5:34 PM<br><br>7/12/04<br>5:47 PM<br><br>7/12/04<br>5:50 PM<br><br>7/13/04<br>8:52 AM | Marie Cashman<br><br>Kevin Knopf<br><br>Marie Cashman<br><br>Kevin Knopf<br><br>Marie Cashman | Kevin Knopf<br><br>Marie Cashman<br><br>Kevin Knopf<br><br>Marie Cashman<br><br>Kevin Knopf | Two page string of e-mails | Discussion of various factual situations that can be used in revenue ruling. | The document is being withheld in its entirety pursuant to executive privilege because it reflects the authors' analyses of, and recommendations regarding this issue. |
| D-10 | 7/13/04<br>1:41 PM | Marie Cashman | Catherine E Livingston; Janine Cook; Michael A. Swim; Alfred G. Kelley; Marie Cashman | E-mail | Explanation of changes in revised version of signing bonus revenue ruling. Also contains mention of first name of third party outside counsel. | This document is being withheld in its entirety under IRC § 6103(h)(4) to limit the disclosure of tax information of an unrelated third party taxpayer that is not a party to the tax proceeding. A taxpayer's identity is an item of return information under IRC §6103(b)(2)(A) that constitutes return information that is confidential under IRC § 6103(a). Plaintiff has not demonstrated a material interest in this third party information under section 6103(e), secured a consent from the taxpayers under section 6103(c), nor otherwise demonstrated its entitlement under the Internal Revenue |

**EXHIBIT A**
**PRIVILEGE LOG – Ford Motor Company v. United States**

| BATES NOS | DOCUMENT DATE | AUTHOR | ADDRESSEE/ RECIPIENT | DOCUMENT TYPE | DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| | | | | | | Code. The document is also being withheld in its entirety pursuant to executive privilege because it reflects the author's analysis of, and recommendations regarding this issue. |
| D-10 Attachment | None shown | None shown | None shown | Draft revenue ruling | Undated redline 8-page draft rev rul. with extensive deletions and inserted redline text in the body of the draft, addressing employer bonuses as they relate to wages under FICA, FUTA and income tax withholding for Federal tax purposes. | The document is being withheld in its entirety pursuant to the executive privilege because it is a draft rev. rul. reflecting the author's analysis, recommendations, opinions and conclusions regarding this issue. |