IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

DECLARATION OF JASON BERGMANN IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER

I, Jason Bergmann, declare:

1. I am a Trial Attorney for the Department of Justice, Tax Division, and am a member of the Bar of this Court. I am counsel of record for the United States in the above-captioned case.

2. A true copy of Plaintiff Ford Motor Company's First Request for Production to the United States of America, dated April 25, 2008, is attached hereto as Exhibit A.

3. A true copy of Defendant's Response to Plaintiff's First Request for Production, dated May 28, 2008, is attached hereto as Exhibit B.

4. A true copy of Plaintiff Ford Motor Company's Second Request for Production to the United States of America, dated July 2, 2008, is attached hereto as Exhibit C.

5. A true copy of Defendant's Response to Plaintiff's Second Request for Production, dated July 29, 2008, is attached hereto as Exhibit D.

6. In the weeks preceding the filing of defendant's motion for protective order, the undersigned counsel for the United States had a number of telephone conversations with Thomas D. Johnston, Esq., counsel of record for Ford Motor Company and his colleague Ian C. Friedman, Esq. During those telephone conversations, I conferred in good faith with Ford's counsel in an effort to resolve the matters raised by defendant's motion for protective order. Although our discussions were both cordial and professional, the parties were unable to resolve their differences with respect to the subjects of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 4, 2008.

s/Jason Bergmann
JASON BERGMANN