IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

**DECLARATION OF THOMAS D. JOHNSTON IN SUPPORT OF (1) PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND (2) PLAINTIFF'S CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR PROPER ASSERTION OF PRIVILEGE**

I, Thomas D. Johnston, declare:

1. I am an attorney with Shearman & Sterling LLP, and am a member of the Bar of this Court. I am attorney of record for Ford Motor Company in the above-captioned case.

2. A true copy, retrieved from the PACER Service Center, of United States' Memorandum of Law in Support of the Government's Motion for an Order Withdrawing the Reference, filed in *In re Delphi Corp.*, No. 08-01038 (Bankr. S.D.N.Y. filed Jan. 18, 2008), is attached hereto as Exhibit A.

3. A true copy of Defendant's First Requests for Production to Plaintiff, dated July 24, 2008, is attached hereto as Exhibit B.

4. A true copy of Defendant's Second Requests for Production to Plaintiff, dated August 7, 2008, is attached hereto as Exhibit C.

5. During the weeks preceding the filing of Defendant's Motion for Protective Order, I had several telephone conversations with Jason Bergmann, Esq., attorney of record for the United States. During these telephone conversations, which were cordial and professional, I conferred in good faith to try to resolve the discovery requests in dispute. Despite the efforts of both parties' counsel, the parties were unable to resolve their differences on these requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 18, 2008.

s/ Thomas D. Johnston
Thomas D. Johnston