IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

**DEFENDANT'S SECOND REQUESTS FOR PRODUCTION TO PLAINTIFF**

Defendant, the United States of America, serves the following Second Requests for Production of Documents to plaintiff Ford Motor Company. Pursuant to Rule 34 of the Rules of the Court of Federal Claims, plaintiff shall serve written responses to these requests within thirty days of service. Defendant requests that plaintiff produce copies of the documents described herein to defendant's counsel at 555 4th St., N.E. in the District of Columbia on or before September 12, 2008, or at such other time and place as may be agreed upon by the parties.

**DEFINITIONS**

1. "Any" includes the word "all" and "all" includes the word "any."

2. "Ford" means plaintiff Ford Motor Company, and its subsidiaries, affiliates, employees, agents, representatives, attorneys, officers, independent contractors, or anyone otherwise acting on its behalf.

3. "Relate to" means consist of, constitute, describe, depict, discuss, embody, evidence, identify, mention, or reflect.

4. The "1996 collective bargaining agreement" is the collective bargaining agreement entered into between Ford and the UAW on or about September 15, 1996. (*See* Complaint, ¶ 19.)

5. The "1999 collective bargaining agreement" is the collective bargaining agreement entered into between Ford and the UAW on or about October 9, 1999. (*See* Complaint, ¶ 22.)

6. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed to be outside of its scope.

7. The use of the singular form of any word shall include the plural and vice versa.

## REQUESTS FOR PRODUCTION

### DOCUMENT REQUEST NO. 48

All documents that relate to any request pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq.*, by Ford or on Ford's behalf, for information concerning Rev. Rul. 58-145 or Rev. Rul. 2004-109.

### DOCUMENT REQUEST NO. 49

All documents that relate to any response by the United States of America to any request pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq.*, by Ford or on Ford's behalf, for information concerning Rev. Rul. 58-145 or Rev. Rul. 2004-109.

**DOCUMENT REQUEST NO. 50**

All documents that relate to any request pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq.*, by Ford or on Ford's behalf, for information concerning Fiscal Year 2000 or Fiscal Year federal government 2001 budget proposals to subject signing bonuses to employment taxes.

**DOCUMENT REQUEST NO. 51**

All documents that relate to any response to any request pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq.*, by Ford or on Ford's behalf, for information concerning Fiscal Year 2000 or Fiscal Year 2001 federal government budget proposals to subject signing bonuses to employment taxes.

**DOCUMENT REQUEST NO. 52**

Organizational charts sufficient to identify the job titles and business relationships among Ford's representatives who participated in negotiation of the 1996 collective bargaining agreement.

**DOCUMENT REQUEST NO. 53**

Organizational charts sufficient to identify the job titles and business relationships among Ford's representatives who participated in negotiation of the 1999 collective bargaining agreement.

**DOCUMENT REQUEST NO. 54**

Organizational charts sufficient to identify the job titles and business relationships among UAW's representatives who participated in negotiation of the 1996 collective bargaining agreement.

**DOCUMENT REQUEST NO. 55**

Organizational charts sufficient to identify the job titles and business relationships among UAW's representatives who participated in negotiation of the 1999 collective bargaining agreement.

**DOCUMENT REQUEST NO. 56**

Organizational charts sufficient to reflect the job titles and business relationships among the following individuals, at the time of negotiation of the 1996 collective bargaining agreement: Peter J. Pestillo, Sharlene Gage, Lew Hooks, Thomas Brown, Bill Quarterman, J.E. Senterfitt, Robert H. Marcin, and Lee Mezza.

**DOCUMENT REQUEST NO. 57**

Organizational charts sufficient to reflect the job titles and business relationships among the following individuals, at the time of negotiation of the 1999 collective bargaining agreement: Peter J. Pestillo, Sharlene Gage, Lew Hooks, Thomas Brown, Bill Quarterman, J.E. Senterfitt, Robert H. Marcin, and Lee Mezza.

Respectfully submitted,

August 7, 2008

JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3425

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

Of Counsel