IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-658 T

(Judge Mary Ellen Coster Williams)

FORD MOTOR COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of four days, from September 4, 2008, to and including September 8, 2008, of the deadline for the defendant to file a reply in support of its motion for protective order and response to plaintiff's motion to compel discovery. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiff who has stated that the plaintiff has no objection to the enlargement sought by this motion.

As good cause therefor, defendant states as follows:

Defendant filed its motion for protective order on August 4, 2008. On August 18, 2008, plaintiff filed a response to defendant's motion for protective order and cross-motion to compel discovery. Pursuant to RCFC 7.2(e) and RCFC 6(e), defendant's reply in support of its motion

for protective order and response to plaintiff's motion to compel discovery is due on September 4, 2008, seventeen days after the filing of plaintiff's cross-motion.

Defendant's counsel of record is presently preparing defendant's response and reply. The response and reply must be reviewed before it can be filed in the Court. The reviewer assigned to this case is Steven I. Frahm, Acting Chief of the Court of Federal Claims Section. Mr. Frahm will be on vacation between August 25th and September 2nd, returning to the office on September 3, 2008. On the current schedule, there is insufficient time for Mr. Frahm properly to review the response and reply before it is due. The requested enlargement would permit three additional business days for the brief to be reviewed.

WHEREFORE, the defendant requests that the deadline for it to answer or otherwise respond to the complaint be enlarged to January 9, 2008.

Respectfully submitted,

s/Jason Bergmann

JASON BERGMANN
Attorney of Record
Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3425
Facsimile: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

August 22, 2008

s/Steven I. Frahm
Of Counsel